IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANIE P. KINSEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:11-cv-166-MEF |
| ) | WO |
| ASSURANCE AMERICA INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's Motion for a Jury Demand (Doc. #10) filed on April 19, 2011 which the Court construes to an objection to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #9) filed on April 8, 2011 is adopted;

3. This case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), and that the defendant's motion to dismiss is DENIED as moot.

DONE this the 25th day of April, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE